NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK ALAN WOLF,                          )
                                         )
         Appellant,                      )
                                         )
v.                                       )         Case No. 2D18-1238
                                         )
SELMA CIRKIC,                            )
                                         )
         Appellee.                       )
                                         )
_____ )

Opinion filed July 12, 2019

Appeal from the Circuit Court for Pinellas
County; Pamela A.M. Campbell, Judge.

Scott A. Cole and Alexandra Valdes, of
Cole, Scott & Kissane, P.A., Miami, for
Appellant.

J. Emory Wood and Julian E. Wood of
Wood & Wood, P.A., St. Petersburg, for
Appellee.


PER CURIAM.


         Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.